UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**WILLIAM WESTERVELT,**

    **Plaintiff,**

v.                           Case No. 4:24-cv-318-TKW-MAF

**EDISON OLDS, et al.,**

    **Defendants.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 28) and Plaintiff's objections (Doc. 32).[1] The Court reviewed the issues raised in the objections de novo under 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that the claims against Defendants Castano, Olds, and Williams in the sixth amended complaint should be dismissed under 28 U.S.C. §1915(e)(2)(B)(ii) because they fail to state legally sufficient claims.[2] Leave to

---

[1] Plaintiff also filed a "Notice to Court Regarding Pattern of Prejudicial Handling" (Doc. 31), but the relief requested in that filing is essentially the same as the relief requested in the objections. To the extent that filing seeks any other relief, it is denied.

[2] Based on this conclusion, the Court need not decide whether the magistrate judge correctly determined that the claims against Defendant Williams are time-barred or whether the statute of limitations on those claims was tolled while Plaintiff was exhausting his administrative remedies on the claims.

amend those claims will be denied because Plaintiff has been given ample opportunity to file legally sufficient claims already. *See Foman v. Davis*, 371 U.S. 178, 182 (1962) (explaining that leave to amend should be freely given unless there is a good reason not to, such as a "repeated failure to cure deficiencies by amendments previously allowed").

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The claims against Defendants Castano, Olds, and Williams are DISMISSED with prejudice under 28 U.S.C. §1915(e)(2)(B)(ii).

3. This case is returned to the magistrate judge for further proceedings on the claims against Defendant Gould.

**DONE AND ORDERED** this 3rd day of October, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**